## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF NORMAN FRANK, by Its Executor, Harley Frank,<br><br>Plaintiff,<br><br>v.<br><br>GWG DLP MASTER TRUST DATED 03/01/06 and WELLS FARGO BANK, N.A.,<br><br>Defendants. | C.A. No. |

## WELLS FARGO BANK, N.A.'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Wells Fargo Bank, N.A., as Trustee, hereby discloses it is a wholly owned subsidiary of WFC Holdings, LLC, which is a wholly-owned subsidiary of Wells Fargo & Company. Wells Fargo & Company is a publicly held company (NYSE: WFC). Wells Fargo & Company is not aware that any other publicly held company owns 10% or more of its stock.

Dated: May 26, 2023

**K&L GATES LLP**

*/s/ Steven L. Caponi*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
Megan E. O'Connor (No. 6569)
600 N. King St., Suite 901
Wilmington, DE 19801
Phone: (302) 416-7000
steven.caponi@klgates.com
matthew.goeller@klgates.com
megan.oconnor@klgates.com

*Attorneys for Defendants*