AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | |
|---|---|
| ESTATE OF NORMAN FRANK, )<br>*Plaintiff* )<br>v. )<br>GWG DLP MASTER TRUST, et al., )<br>*Defendant* ) | Case No.   1:23-cv-00584-JLH |

### APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, the Estate of Norman Frank, by its Executor Norman Frank                                              .

Date:   03/14/2024

/s/ Herbert W. Mondros
*Attorney's signature*

Herbert W. Mondros (DE 3308)
*Printed name and bar number*
RIGRODSKY LAW P.A.
300 Delaware Avenue
Suite 210
Wilmington, DE 19801
*Address*

HWM@rl-legal.com
*E-mail address*

(302) 295-5304
*Telephone number*

(302) 654-7530
*FAX number*