IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF NORMAN FRANK, by Its Executor, Harley Frank,<br><br>   Plaintiff,<br><br>  v.<br><br>GWG DLP MASTER TRUST DATED 03/01/06 and WELLS FARGO BANK, N.A.,<br><br>   Defendants. | C.A. No. 23-cv-00584-JLH |

**PROPOSED CERTIFICATION OF QUESTIONS OF LAW**

In accordance with the Court's September 26, 2024 Memorandum Order (D.I. 28) (the "Memorandum Order"), the parties hereby submit the following proposed Certification of Question(s) of Law for review by the Court prior to submission to the Delaware Supreme Court:

What is the statute of limitations, if any, applicable to a claim under DEL. CODE ANN. tit. 18, § 2704(b)?[1]

---

[1] The Memorandum Order also indicates that, if a statute of limitations applies to Plaintiff's claim, the Court is not persuaded on this record that (i) the claim did not accrue until the estate was opened; (ii) equitable tolling applies or (iii) Delaware's Savings Statute, 10 *Del. C.* § 8118(a), applies. If, on certification, the Delaware Supreme Court holds that Plaintiff's claim is subject to a statute of limitations, Plaintiff expressly reserves the right to contest or appeal from any ruling by this Court regarding whether (i) the claim did not accrue until the estate was opened; (ii) equitable tolling applies or (iii) Delaware's Savings Statute, 10 *Del. C.* § 8118(a), applies.

November 14, 2024

**AGREED TO BY AND BETWEEN:**

| | |
|---|---|
| RIGRODSKY LAW, P.A. | K&L GATES LLP |
| /s/ Herbert W. Mondros, Esq. (#3308) | /s/ Steven L. Caponi, Esq. |
| Herbert W. Mondros, Esq. (#3308) | Steven L. Caponi Bar No. 3484 |
| 1007 Orange Street, Suite 453 | Matthew B. Goeller Bar No. 6283 |
| Wilmington, DE 19801 | Megan E. Hunt Bar No. 6569 |
| Tel.: (302) 295-5304 | 600 N. King Street, Suite 901 |
| hwm@rl-legal.com | Wilmington, DE 19801 |
| | Telephone: (302) 416-7000 |
| | steven.caponi@klgates.com |
| | matthew.goeller@klgates.com |
| | megan.hunt@klgates.com |
| | |
| MARCUS & MARCUS, LLC | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| Isaac A. Binkovitz (pro hac vice) | Khai LeQuang (admitted *pro hac vice*) |
| Jerome M. Marcus | Aaron M. Rubin (admitted *pro hac vice*) |
| Daniel C. Simons | Janista Lee (admitted *pro hac vice*) |
| A. Mayer Kohn | |
| | 2050 Main Street |
| P.O. Box 212 | Suite 1100 |
| Merion Station, PA 19066 | Irvine, CA 92614-8255 |
| Telephone: (215) 804-9666 | Telephone:  +1 949 567 6700 |
| Fax: (610) 664-1559 | Facsimile:  +1 949 567 6710 |
| ibinkovitz@marcuslaw.us | klequang@orrick.com |
| jmarcus@marcuslaw.us | amrubin@orrick.com |
| dsimons@marcuslaw.us | janista.lee@orrick.com |
| mkohn@marcuslaw.us | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |